DANIEL D. RODARTE, Bar No. 90001
drodarte@shapirofirm.com
THOMAS W. FOOTE, Bar No. 151013
tfoote@shapirofirm.com
SHAPIRO, RODARTE & FORMAN LLP
233 Wilshire Boulevard, Suite 700
Santa Monica, California 90401-1220
Telephone: (310) 319-5400
Facsimile: (310) 319-5401

J. CARTER THOMPSON, JR. (admitted *pro hac vice*)
cthompson@bakerdonelson.com
C. MEADE HARTFIELD (admitted *pro hac vice*)
mhartfield@bakerdonelson.com
BAKER DONELSON BEARMAN
 CALDWELL & BERKOWITZ, PC
4268 I-55 North
Meadowbrook Office Park
Jackson, Mississippi 39211
Telephone: (601) 351-2400
Facsimile: (601) 351-2424

Attorneys for Defendant
BAXTER HEALTHCARE CORPORATION

JS-6

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY A. JAMES,<br><br>  Plaintiff,<br><br>  vs.<br><br>BAXTER HEALTHCARE<br>CORPORATION; and DOES 1 – 100, inclusive,<br><br>  Defendants. | Case No. CV11-2297 ABC (Cwx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Hon. Audrey B. Collins<br><br>[NO HEARING SET] |

After consideration of the papers filed in support of and in opposition to Defendant Baxter Healthcare Corporation's Motion to Dismiss, this Court granted that motion on June 15, 2011 and ordered that Plaintiff's complaint be dismissed with prejudice. In accordance with that decision, it is hereby ORDERED,

1

[PROPOSED] JUDGMENT

1  ADJUDGED and DECREED that the Clerk shall enter judgment for defendant
2  Baxter Healthcare Corporation and against Plaintiff Timothy A. James.  Each party
3  is to bear its own costs.  There is no just reason for delay and the judgment shall be
4  final.
5     SO ORDERED.
6
7  Dated: ___Aug. 12___, 2011   _____
8                                Honorable AUDREY B. COLLINS
                                  Chief United States District Court Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Shapiro, Rodarte &
Forman LLP

-2-   [PROPOSED] JUDGMENT

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Shapiro, Rodarte & Forman LLP, 233 Wilshire Boulevard, Suite 700, Santa Monica, California 90401-1220.

On June 24, 2011, I served the within document(s) described as

**[PROPOSED] JUDGMENT**

on each interested party in this action as stated below:

**TIMOTHY A. JAMES
17639 Crabapple Way
Carson, California 90746**

**BY MAIL:** By placing a true copy of the foregoing document(s) in a sealed envelope addressed as set forth above. I placed each such envelope for collection and mailing following ordinary business practices. I am readily familiar with this Firm's practice for collection and processing of correspondence for mailing. Under that practice, the correspondence would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Santa Monica, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I certify that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 24, 2011, at Santa Monica, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Nina C. James